# United States District Court
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| KINGMAN HOLDINGS, LLC AS TRUSTEE FOR THE RIMROCK CIRCLE 8011 LAND TRUST<br><br>v.<br><br>WILMINGTON SAVINGS FUND SOCIETY, FSB, AS OWNER TRUSTEE OF THE RESIDENTIAL CREDIT OPPORTUNITIES TRUST V-C | § § § § § § § § § § § §   Civil Action No. 4:19-CV-399<br>(Judge Mazzant/Judge Nowak) |

### MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On May 29, 2020, the report of the Magistrate Judge (Dkt. #48) was entered containing proposed findings of fact and recommendations that Defendant Wilmington Savings Fund Society, FSB, as Owner Trustee of the Residential Credit Opportunities Trust V-C's Motion for Summary Judgment (Dkt. #39) be granted and Plaintiff Kingman Holdings, LLC as Trustee for the Rimrock Circle 8011 Land Trust's quiet title claims be dismissed with prejudice.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is therefore **ORDERED** that Defendant Wilmington Savings Fund Society, FSB, as Owner Trustee of the Residential Credit Opportunities Trust V-C's Motion for Summary Judgment

(Dkt. #39) is hereby **GRANTED**, and Plaintiff Kingman Holdings, LLC as Trustee for the Rimrock Circle 8011 Land Trust's quiet title claims are **DISMISSED WITH PREJUDICE**.

    **IT IS SO ORDERED**.

    **SIGNED this 21st day of August, 2020.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE